UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| CHRISTOPHER L. SCRUGGS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 2:19-cv-00228-JMS-MJD |
| WILSON Sgt., et al., | ) | |
| Defendants. | ) | |

**Order Denying Motion to Reconsider**

Plaintiff Christopher L. Scruggs's July 2, 2019, motion to reconsider, dkt. [16], is **denied**. Mr. Scruggs does not identify an overlooked defendant or claim. Each specific item of conduct of an Eighth Amendment violation does not need to be pled as separate actionable claims. Eighth Amendment excessive force and deliberate indifference claims have been screened and are proceeding. Dkt. 8. Notice pleading is all that is required. Rule 8(a)(2) of the Federal Rules of Civil Procedure requires a plaintiff to present a "short and plain" statement showing entitlement to relief. Mr. Scruggs need not plead every minute detail in his complaint. Such information will be disclosed in the discovery phase of the lawsuit.

**IT IS SO ORDERED**.

Date: 7/8/2019

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Christopher L. Scruggs
957096
Wabash Valley Correctional Facility - Inmate Mail/Parcels
Electronic Service Participant – Court Only